IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

KHRISTI MITCHELL, as Executor of the
Estate of Reginald Brown, Deceased,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
ABDUR NAWOOR, ROB JEFFREYS, AND
STEVEN BOWMAN,

    Defendants,

Case No. 23-cv-3018

*Jury Trial Demanded.*

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff KHRISTI MITCHELL, as Executor of the Estate of Reginald Brown, Deceased, by her counsel, LAW OFFICE OF JORDAN MARSH LLC, and MEYER & KISS LLC, moves this Court for leave to file her Second Amended Complaint, and in support thereof states as follows:

1. On January 24, 2023, Plaintiff REGINALD BROWN filed his Complaint. (Dkt. 1.)

2. On March 14, 2023, Reginald filed his First Amended Complaint. (Dkt. 8.)

3. On January 9, 2024, Reginald passed away. (See death certificate, attached as Exhibit 1.)

4. On February 23, 2024, the Eleventh Judicial Circuit Court entered an order on Probate case 2024PR000033 appointing Ms. Khristi Mitchell as the Executor of the Estate of Reginald Brown, Deceased. (See Order, attached as Exhibit 2.)

1

5. Khristi seeks leave to file a Second Amended Complaint substituting her as the Plaintiff in this matter and adding additional defendants and claims. (See proposed Second Amended Complaint, attached as Exhibit 3.)

For the foregoing reasons, Plaintiff Khristi Mitchell, by and through her undersigned counsel, respectfully requests this honorable Court to grant her leave to file her Second Amended Complaint to reflect the change in parties and include additional defendants and claims.

Respectfully submitted,

KHRISTI MITCHELL, as Executor of the Estate of Reginald Brown, Deceased,

/s/ Jordan Marsh
*Attorney for the Plaintiff*

**LAW OFFICE OF JORDAN MARSH, LLC**
5 Revere Drive Suite 200
Northbrook, IL 60062
(224) 220-9000
jordan@jmarshlaw.com

2

## CERTIFICATE OF SERVICE

    I certify that on April 5, 2024, I served a copy of the foregoing MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT on all counsel of record by filing the same on the Court's ECF system.

                                              **/s/ Jordan Marsh**